**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF BAGBY & RUSSELL ELECTRIC COMPANY, INC.,**

**Plaintiff,**

**v.**

**CIVIL ACTION NO. 1:16-cv-00150-LG-RHW**

**SATTERFIELD & PONTIKES CONSTRUCTION, INC., WESTERN SURETY COMPANY, and LIBERTY MUTUAL INSURANCE COMPANY,**

**Defendants.**

**ORDER OF DISMISSAL**

In accordance with the [13] Joint Stipulation of Plaintiff and Defendants for Dismissal of All Claims Without Prejudice, by Plaintiff The United States of America for the Use and Benefit of Bagby & Russell Electric Company, Inc. ("Bagby & Russell"), and Defendants, Satterfield and Pontikes Construction Company, Inc. ("S&P"), Western Surety Company ("Western"), and Liberty Mutual Insurance Company

("Liberty"), stipulating to the dismissal without prejudice of all claims asserted in this action between Plaintiff Bagby & Russell and Defendants, S&P, Western, and Liberty,

**IT IS ORDERED AND ADJUDGED** that all claims asserted in this action between Plaintiff Bagby & Russell and Defendants, S&P, Western and Liberty, are hereby **DISMISSED** without prejudice.

**SO ORDERED AND ADJUDGED**, this the 19th day of August, 2016.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE



DOCSBHM\2135290\1